UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Salvatore Davi, | **ORDER** |
| Plaintiff, | 16-cv-5060 (ERK) |
| – against – | |
| Samuel D. Roberts, Commissioner, New York State Office of Temporary and Disability Assistance, in his individual and official capacity, *et al.*, | |
| Defendants. | |

**IT IS HEREBY ORDERED**:

Defendants are ordered to remove from plaintiff's personnel file any references to disciplinary action taken against him relating to his October 2015 Facebook comments. This order supplements and does not supersede the stipulated order of April 15, 2021 docketed at ECF No. 115 in this case.

**SO ORDERED.**

*Edward R. Korman*

Brooklyn, New York
May 28, 2021

Edward R. Korman
United States District Judge